2063 Lawrence Avenue Building Corporation, Appellant, v. Gus Van Heck et al., Appellees.

Gen. No. 40,436. (Abstract of Decision.)

O'Connor, J., dissenting.

Heard in first division, first district, this court at October term, 1938; opinion filed May 20, 1940. Robert H. Holmes, for appellant; Louis H. Hellert, of counsel; Joseph A. Ricker, for appellees. Opinion by PRESIDING JUSTICE MATCHETT. ''Not to be published in full.''